UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE DAVID HITT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:04CV801 HEA |
| | ) | |
| AMERICAN AIRLINES, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The parties have announced to the Court that they have reached a settlement of all claims, however, because the law provides for a mandatory waiting period before a settlement can be finalized, they are not ready at this time to file the appropriate pleadings with the Court. They ask the Court, therefore to suspend the briefing schedule for the pending Motion for Summary Judgment.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Suspend the Schedule, [Doc. 23], is granted. The parties shall file, within 5 days from the expiration the waiting period, the appropriate settlement pleadings or their motion to reinstate the summary judgment schedule.

Dated this 29th day of March, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE